UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TONY JACK SEELEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SA CV 17-00919-JDE<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT (EAJA) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　Based upon the parties' Stipulation for Award of EAJA Fees [Dkt. 23], and good cause appearing therefor,

　　　IT IS ORDERED that EAJA fees in the amount of $4,500.00 and costs in the amount of $400.00 be awarded and paid subject to and in accordance with the terms of the above-referenced Stipulation.

Dated: April 17, 2018

_____
JOHN D. EARLY
United States Magistrate Judge